AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Tennessee__

United States of America

    Plaintiff.

V.

Danny Weaver,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: **3 06 0629**

**JUDGE ECHOLS**

TO: (Name and address of Defendant)

Danny Weaver,

3943 East Ridge Drive, Nashville, TN 37211

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Joshua D. Smeltzer, Esq.

US Department of Justice, Tax Division PO Box 227, Ben Franklin Station, Washington DC 20044

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**KEITH THROCKMORTON**

CLERK _[signature]_

(By) DEPUTY CLERK

DATE 6/23/06

**RETURN COPY**

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> *Process Server* | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): _Service made by Willis Jones. See Affidavit of Service docketed at PACER #3._

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _See Affidavit of Service Docket #3_
               Date                *Signature of Server*

                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.