# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANNY WEAVER<br>3943 East Ridge Drive<br>Nashville, TN 37211<br><br>Defendant. | Civil No. 3 06 0629 |

## ANSWER

Defendant, Danny Weaver, by an through counsel, for Answer to the Complaint against him states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. All allegations contained in the Complaint not hereinabove admitted, controverted, or denied, are hereby generally denied as though specifically set forth.

PREMISES CONSIDERED, Defendant prays:

1. That the Plaintiff's complaint be dismissed.
2. That the Defendant be awarded such other, further and general relief to which it may be entitled and which the Court shall deem just and equitable.

Respectfully Submitted,

_____
David J. Waynick #12293
Attorney for Defendant
211 Donelson Pike, Suite 2
Nashville, TN 37214
Telephone: (615) 885-5707
Fax: (615) 885-0224

_____
Thomas B. Luck #22897
Attorney for Defendant
211 Donelson Pike, Suite 2
Nashville, TN 37214
Telephone: (615) 885-9699
Fax: (615) 885-0224

2

## CERTIFICATE OF SERVICE

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by first class mail, postage prepaid.

This the 17th day of November, 2006.

_____
Thomas B. Luck