IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:06-629 |
| DANNY WEAVER, | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL

IT IS STIPULATED AND AGREED by and between plaintiff UNITED STATES OF AMERICA, by its undersigned counsel, and the defendant DANNY WEAVER, by his undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a) this action be and is dismissed, the parties to bear their respective costs, including any possible attorney's fees or other expenses of this litigation.

SEEN AND AGREED:

For United States:

CRAIG S. MORFORD
United States Attorney

JOSHUA D. SMELTZER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044
Telephone: (202) 616-9785

For the Defendant:

THOMAS LUCK
211 Donaldson Pike, Suite 2
Nashville, TN 37214
Telephone: (615) 885-9699

2031856.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Civil No. 3:06-629
)
DANNY WEAVER, )
)
Defendant. )

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing STIPULATION OF DISMISSAL was served this 17th day of April, 2007, by ECF filing and by placing true and correct copies thereof in the United States mail, postage prepaid, addressed as follows:

> DAVID J. WAYNIK
> THOMAS B. LUCK
> 211 Donelson Pike, Suite 2
> Nashville, TN 37214

*s/ Joshua Smeltzer*
JOSHUA D. SMELTZER

2409269.1